**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THERESE A. INFANTE, | : | No. 902 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| BANK OF AMERICA, N.A. SUCCESSOR | : | |
| BY MERGER TO BAC HOME LOANS | : | |
| SERVICING, LP FKA COUNTRYWIDE | : | |
| HOME LOANS SERVICING, LP, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 17th day of May, 2016, the Petition for Allowance of Appeal is

**DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.